IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES LAMAR PATRICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:14-cv-583-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on October 7, 2014 and Petitioner's Objections (Doc. #4), filed on October 20, 2014.

The court has conducted an independent evaluation and *de novo* review of this matter, and, having done so, finds the objections to be without merit. Therefore, it is hereby ORDERED as follows:

1. Petitioner's objections are OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is DISMISSED for failure of the Petitioner to obtain the requisite order from the Eleventh Circuit Court of Appeal authorizing this court to consider a successive § 2255 motion.

DONE this 5th day of January, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE